UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EDWARD TUCK COLBERT, et al.,**     Plaintiffs | CIVIL ACTION |
| VERSUS | No. 12-2442 |
| **OWEN BRENNAN, et al.,**     Defendants | SECTION "E" |

*Related Case*:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THEODORE BRENNAN, et al.,**     Plaintiffs | CIVIL ACTION |
| VERSUS | No. 13-2491 |
| **OWEN E. BRENNAN, et al.,**     Defendants | SECTION "E" |

## ORDER AND REASONS

On May 6, 2013, the Court disqualified the law firm of Stone Pigman Walther Wittmann, LLC ("Stone Pigman") as counsel for Brennan's, Inc. in Civil Action No. 13-2491 and "any matter consolidated [t]herewith."[1] On May 31, 2013, the Court issued an order clarifying the May 6, 2013 Order.[2] Brennan's, Inc., Theodore Brennan ("Ted"), and Bridget Brennan Tyrrell ("Bridget"), all plaintiffs in Civil Action No. 13-2491,[3] petitioned the United States Court of Appeals for the Fifth Circuit for a Writ of Mandamus regarding the May 6,

---

[1] Civil Action No. 13-2491, R. Doc. 30.

[2] *See* Civil Action 13-2491, R. Doc. 92; *see also* Civil Action No. 13-2491, R. Doc. 86.

[3] Brennan's, Inc. is also a defendant in Civil Action No. 12-2442. Ted and Bridget are not parties to Civil Action No. 12-2442.

1

2013 Order and the May 31, 2013 Order. On June 6, 2013, the Fifth Circuit ruled on the pending Writ of Mandamus. As a result, the motions filed by Ted and Bridget requesting the Court to stay its disqualification orders pending the petition for writ of mandamus[4] are moot.

Accordingly, **IT IS ORDERED** that the motions to stay be and hereby are **DISMISSED AS MOOT.**

New Orleans, Louisiana, this __7th__ day of June, 2013.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[4] *See* Civil Action No. 12-2442, R. Doc. 100; *see also* Civil Action No. 13-2491, R. Doc. 96.