## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EDWARD TUCK COLBERT, et al.,** Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **No. 12-2442** |
| **OWEN BRENNAN, et al.,** Defendants | **SECTION "E"** |

### ORDER

Before the Court is a motion for summary judgment filed by defendants Shawn Tiffany Brennan and Samantha Scott Brennan, in their capacities as independent co-executors of the Succession of James Charles Brennan (collectively, the "Succession").[1] The Succession seeks a judgment "ordering that due to the present insolvency of [defendant] Brennan's Inc. . . . Brennan's is prohibited from making payments to the Succession and the Succession is prohibited from accepting payment from Brennan's for the remaining debt owed by Brennan's to the Succession for the redemption of the stock of James Charles Brennan." The Succession does not identify against which entity it seeks summary judgment and on what pending claims or defenses. Federal Rule of Civil Procedure 56 provides that "[a] party may move for summary judgment, identifying each claim or defense — or the part of each claim or defense — on which summary judgment is sought." The Succession's motion does not comply with Rule 56 because it does not identify each claim or defense on which summary judgment is sought and for that reason is denied.

Accordingly, **IT IS ORDERED** that the Succession's motion for summary judgment be and hereby is **DENIED.**

---

[1] R. Doc. 134.

1

**New Orleans, Louisiana, this __11th__ day of July, 2013.**

                                          _____
                                                      **SUSIE MORGAN**
                                      **UNITED STATES DISTRICT JUDGE**